**United States District Court**
For the Northern District of California

1
2
3
4
5
6              IN THE UNITED STATES DISTRICT COURT

7              FOR THE NORTHERN DISTRICT OF CALIFORNIA

8
9
10   ALESHIA FULLER,                               No. C 15-03249 WHA

11              Plaintiff,

12      v.                                         **ORDER DISMISSING CASE FOR**
                                                   **FAILURE TO PROSECUTE**
13   NATIONSTAR MORTGAGE, LLC, ET AL,

14              Defendants.
                                          /
15

16          Plaintiff, who is represented by counsel, filed this wrongful foreclosure action in July of

17   this year.  After plaintiff amended her complaint, defendants Nationstar Mortgage, LLC,

18   Mortgage Electronic Registration System Inc., and U.S. National Bank Association filed a

19   motion to dismiss her complaint.  Under Civil Local Rule 7–3(a), plaintiff's opposition was due

20   on October 19.  Two weeks have passed since that deadline and plaintiff has failed to file any

21   opposition or response.  This case is thus **DISMISSED FOR FAILURE TO PROSECUTE**.  Judgment

22   will be entered separately.

23

24          **IT IS SO ORDERED.**

25

26   Dated: November 2, 2015.

27                                                 WILLIAM ALSUP
                                                   UNITED STATES DISTRICT JUDGE
28