IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ALESHIA FULLER,

    Plaintiff,

  v.

NATIONSTAR MORTGAGE, LLC, ET AL,

    Defendants.

No. C 15-03249 WHA

**JUDGMENT**

For the reasons stated in the accompanying order dismissing this action for failure to prosecute, **FINAL JUDGMENT IS HEREBY ENTERED** in favor of defendants and against plaintiff Aleisha Fuller. The Clerk **SHALL PLEASE CLOSE THE FILE**.

**IT IS SO ORDERED.**

Dated: November 2, 2015.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE